197 So. 73

## Lester RAY v. STATE.
### 2 Div. 164.

Supreme Court of Alabama.

June 27, 1940.

F. F. Windham, of Tuscaloosa, for petitioner.

Thos. S. Lawson, Atty. Gen., and Prime F. Osborn, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition of Lester Ray for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Ray v. State, 29 Ala.App. 382, 197 So. 70.

Writ denied.

GARDNER, C. J., and BOULDIN and LIVINGSTON, JJ., concur.

197 So. 87

## STATE v. MONTEVALLO COAL MINING CO.
### 6 Div. 676.

Supreme Court of Alabama.

June 27, 1940.

Benners, Burr, McKamy & Forman and Frontis H. Moore, all of Birmingham, for petitioner.

Thos. S. Lawson, Atty. Gen., and Chas L. Rowe, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

We are of the opinion that the Court of Appeals correctly decided that settlements between employer and employee consummated under the provisions of section 7550, Code of 1928, are subject to the three dollars "trial tax," levied by section 9 of the Revenue Act of 1935 (General Acts 1935, pages 256–263), and to the Jefferson County library tax, levied by Act of the Legislature approved August 11, 1927 (General Acts 1927, page 261). The taxes above referred to are not "court costs" as that term is defined and understood in the law, even though collected as "court costs." Certiorari is therefore denied.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.